# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CORT THOMAS,<br>as the receiver for W. NEIL "DOC"<br>GALLAGHER, GALLAGHER<br>FINANCIAL GROUP, INC., and W.<br>NEIL GALLAGHER, PH.D. AGENCY,<br>INC.<br><br>v.<br><br>GARY HOPKINS SR. and HOPKINS<br>MINING LLC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:20-CV-576-S-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 21]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons articulated therein, Plaintiff's Motion for Default Judgment [ECF No. 12] is **GRANTED**. A separate default judgment will be entered in Plaintiff's favor.

**SO ORDERED.**

SIGNED September 20, 2021.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

1